AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

WESTERN _____   District of   _____ LOUISIANA

UNITED STATES OF AMERICA **RECEIVED**

JUN − 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

07MG-6645-01

JERRY NAPOLEON
*Defendant*

Case Number:   6:07-MG-6647-01

Upon motion of the _____ Defendant _____ , it is ORDERED that a

detention hearing is set for _____ June 11, 2007 _____ * at _____ 10:30 a.m. _____
                                        *Date*                                        *Time*

before _____ Magistrate Judge C. Michael Hill _____
                        *Name of Judicial Officer*

800 LAFAYETTE STREET, COURTOOM **6**, LAFAYETTE, LOUISIANA 70501
                        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                        *Other Custodial Official*

Date: _____ 6/7/07 _____

_____ C. Michael Hill _____
                        *Judge*

COPY SENT:
DATE: 6-7-07
BY: gM
TO: Thompson   USM
        Blanchard   USPO

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.